AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

SEP - 1 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Ronald Armando Moreno-Vasquez

AKA: Ronald Armando Moreno

IAE    YOB:    1982
El Salvador
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-16-1622-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 30, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Ronald Armando Moreno-Vasquez was encountered by Border Patrol Agents near Hidalgo, Texas on August 30, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 24, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 23, 2006, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 18, 2004, the defendant was convicted of Rape Second Degree and sentenced to three (3) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by David A. Lindenmuth

Sworn to before me and subscribed in my presence,

September 1, 2016     1:05 a.m.

Signature of Complainant
Jerrico Leason     Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer